NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

13-881
consolidated with 13-880

STATE OF LOUISIANA

VERSUS

TYRONE A. MURRAY

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 155,971
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**********

PHYLLIS M. KEATY
JUDGE

**********

Court composed of Elizabeth A. Pickett, James T. Genovese, and Phyllis M. Keaty, Judges.

AFFIRMED.

**Charles A. Riddle, III**
**District Attorney**
**Miché Moreau**
**Assistant District Attorney**
**Post Office Box 1200**
**Marksville, Louisiana  71351**
**(318) 253-6587**
**Counsel for Appellee:**
**State of Louisiana**

**Annette Roach**
**Louisiana Appellate Project**
**Post Office Box 1747**
**Lake Charles, Louisiana  70602-1747**
**(337) 436-2900**
**Counsel for Defendant/Appellant:**
**Tyrone A. Murray**

**Tyrone A. Murray**
**In Proper Person**
**Allen Correctional Center**
**3751 Lauderdale Woodyard Road**
**Kinder, Louisiana 70648**
**Defendant**

**KEATY, Judge.**

For the reasons set forth in the companion case in this consolidated matter,

*State v. Murray*, 13-880 (La.App. 3 Cir. ___/___/14), ____ So.3d ____,

Defendant's convictions and sentences are affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.